656 A.2d 1265

IN THE MATTER OF SHELDON N.
SPIZZ, AN ATTORNEY AT LAW.

May 2, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on March 9, 1995, recommending that a letter of admonition be issued to **SHELDON N. SPIZZ** of **MANALAPAN,** who was admitted to the bar of this State in 1985, for violation of *RPC* 1.15(c) (disbursement of funds in which a third party has an interest) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.